UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Paul Marz, Jr.,

    Plaintiff,

v.                                   Civil No. 11-200 (JNE/SER)
                                    ORDER

Presbyterian Homes and Services,

    Defendant.

In a Report and Recommendation dated June 22, 2011, the Honorable Steven E. Rau, United States Magistrate Judge, recommended granting Defendant's Motion to Dismiss Plaintiff's Complaint. Plaintiff objected to the Report and Recommendation, and Defendant responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 21]. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss [Docket No. 3] is GRANTED.

2. This action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 19, 2011

                                                                  s/ Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge